UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NARCRISSUS SWANIGAN, | CASE NO. C25-5301JLR |
| Plaintiff, | ORDER |
| v. | |
| SOCIAL SECURITY ADMINISTRATION, et al., | |
| Defendants. | |

Plaintiff Narcrissus Swanigan, who is proceeding *pro se* and *in forma pauperis*, filed this action on April 8, 2025. (*See* IFP Mot. (Dkt. # 1); IFP Order (Dkt. # 7); Compl. (Dkt. # 8).) On May 8, 2025, the court dismissed Mr. Swanigan's complaint with leave to amend his claim against Defendant the Social Security Administration ("SSA"). (5/8/25 Order (Dkt. # 10).) The court ordered Mr. Swanigan to file his amended complaint, if any, by no later than May 29, 2025. (*Id.* at 7.) Shortly thereafter, Mr. Swanigan filed a motion for reconsideration of the court's order dismissing his

ORDER - 1

1 | complaint.  (MFR (Dkt. # 11).)  The court denied that motion on May 23, 2025, and
2 | extended the deadline for Mr. Swanigan to file an amended complaint to June 6, 2025.
3 | (5/23/25 Order (Dkt. # 12).)  The court warned Mr. Swanigan that if he did not file an
4 | amended complaint that cured the deficiencies in his claim against the SSA by that
5 | deadline, the court would dismiss his complaint and close this case.  (*Id.* at 2.)

6 |     The June 6, 2025 deadline has now expired, and Mr. Swanigan has not filed an
7 | amended complaint.  (*See generally* Dkt.)  Therefore, the court DISMISSES Mr.
8 | Swanigan's claim against retired Pierce County Superior Court Judge Rosanne Buckner
9 | with prejudice and DISMISSES Mr. Swanigan's claim against the SSA without
10 | prejudice.  (*See generally* 5/8/25 Order (explaining the reasoning behind the dismissal of
11 | Mr. Swanigan's claims).)  The Clerk is DIRECTED to close this case.

12 |     Dated this 24th day of June, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 2